IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SANDY JEAN SHEPHERD,              )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CASE NO. 2:13-cv-277-TFM
                                  )        [wo]
CAROLYN W. COLVIN,                )
Acting Commissioner of Social Security )
                                  )
        Defendant.                )

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Stay Briefing in Light of

United States Government Cessation (Doc. # 13) and for good cause shown, it is

ORDERED that this Motion be and hereby is GRANTED and that Defendant shall notify

the court when funds are appropriated so that the Court can reset the scheduling deadlines.

DONE this 2nd day of October, 2013.

                    /s/ Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES MAGISTRATE JUDGE