IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDY JEAN SHEPHERD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cv-277-TFM |
| ) | [wo] |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Lift Stay (Doc. 15) and for good cause shown, it is

ORDERED that this Motion (Doc. 15) be and hereby is GRANTED.

.   DONE this 1st day of November, 2013.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE