IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDY JEAN SHEPHERD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cv-277-TFM |
| ) | [wo] |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pending before the Court is Plaintiff's *Application for Attorney Fees Under the Equal Access to Justice Act* (Doc. 19, filed 12/03/13) wherein Plaintiff seeks $3,753.74 in attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. In response, the Commissioner filed a *Response to Plaintiff's Motion for Fees* (Doc. 21, filed 12/12/13), wherein it is stated the Commissioner agrees that Plaintiff be awarded $3,753.74 as attorney fees under the Equal Access to Justice Act and that these fees are to be paid to Plaintiff subject to offset.[1]

Accordingly, upon consideration of the application (Doc. 19) and the response (Doc. 21), and for good cause, it is

---

[1] Indeed, 28 U.S.C.§ 2412(d)(1)(A) authorizes the court to award fees to the prevailing party. *See Reeves v. Astrue,* 526 F. 3d 732, 738 (11th Cir. 2008)("attorney's fees are awarded to the prevailing party, not to the prevailing party's attorney.")

ORDERED that the application for attorney's fees (Doc. 19) be and hereby is GRANTED to the extent that the plaintiff be and is hereby AWARDED fees in the amount of $3,753.74.

DONE this 13th day of December, 2013.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE